IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW WALTERS and JENNA WALTERS, h/w, <br><br> *Plaintiffs,* <br><br> v. <br><br> LANDPRO EQUIPMENT, LLC, DEERE & COMPANY d/b/a and t/a "John Deere" and "Deere", JOHN DOES and/or JANE DOES 1-10, and ABC COMPANIES 1-10, <br><br> *Defendants.* | CIVIL ACTION <br><br> NO. 23-01745 |

## ORDER

**AND NOW**, this 1st day of August 2023, upon consideration of Defendants' Motion to Transfer Venue (ECF 9), their Memorandum in Support (ECF 10), Plaintiffs' Response (ECF 13) and Defendants' Reply (ECF 14), it is hereby **ORDERED** that Defendants' Motion (ECF 9) is **GRANTED**. The Clerk of Court shall **TRANSFER** this case to the United States District Court for the Middle District of Pennsylvania for further proceedings.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.